IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER EARL WILLIAMS #131113, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:13-CV-512-TMH |
| | ) |
| NURSE PHELPS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. 5) of the Magistrate Judge is ADOPTED;

2. The plaintiff's claims against the Staton Infirmary are DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. The Staton Infirmary is DISMISSED as a defendant in this cause of action;

4. The plaintiff's allegation regarding the use of vulgar language is DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i); and

5. This case, with respect to the claims regarding a denial of medical treatment by defendant Phelps, is referred back to the Magistrate Judge for appropriate proceedings.

DONE this 30th day of September, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE