IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER EARL WILLIAMS, #131113, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:13-CV-512-WHA ) (WO) ) |
| NURSE PHELPS, | ) ) |
| Defendant. | ) |

# FINAL JUDGMENT

In accordance with the order of the court entered on this date adopting the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED with prejudice. Costs are taxed against the plaintiff.

The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 11th day of May, 2016.

/s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE